Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN GILBERT,<br><br>           Plaintiff,<br><br>    vs.<br><br>SHAHI ASSOCIATES INCORPORATED dba WATERFORD MARKET; DALVINDER S. SHAHI; KASMIR K. SHAHI;<br><br>           Defendants. | No. 1:21-cv-01375-ADA-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 1, 2023                    MOORE LAW FIRM, P.C.


                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Darren Gilbert

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, SHAHI ASSOCIATES INCORPORATED dba WATERFORD MARKET, ONLY

Page 1